# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NICHOLAS ALAHVERDIAN, | : | |
| Plaintiff, | : | Case No. 3:13cv00113 |
| vs. | : | District Judge Thomas M. Rose |
| | | Chief Magistrate Judge Sharon L. Ovington |
| STATE OF OHIO, *et al.*, | : | |
| Defendants. | : | |

## RECUSAL ORDER

This matter is before the Court upon Plaintiff's Motion to Recuse and Memorandum in Support (Doc. # 2). For the reasons set forth in the motion, the undersigned hereby RECUSES herself from any participation in this case and directs the Clerk to reassign the case at random to one of the other Magistrate Judges at Dayton.

April 17, 2013

                                                                   s/Sharon L. Ovington  
                                                                   Sharon L. Ovington  
                                                          Chief United States Magistrate Judge