# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

NICHOLAS ALAHVERDIAN,

    Plaintiff,

Case No. 3:13-cv-113

   -vs-

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

STATE OF OHIO, et al.,

    Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS ON MOTION FOR TEMPORARY RESTRAINING ORDER

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 8), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 16, 2013, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that Plaintiff's Motion for Temporary Restraining Order (Doc. No. 5) be, and it hereby is, DENIED.

May 17, 2013.

                                                          Thomas M. Rose
                                                          United States District Judge